

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
11/30/2010

| In re: | § | |
|---|---|---|
| | § | Case No. 10-34074 |
| PEARVILLE, L.P. | § | |
| | § | Chapter 11 |
| Debtor. | § | |

### ORDER
### (I) APPROVING DISCLOSURE STATEMENT;
### (II) SETTING HEARING TO CONSIDER CONFIRMATION
### OF THE PLAN PROPONENTS' PLAN OF REORGANIZATION;
### (III) SCHEDULING DEADLINE FOR SUBMITTING BALLOTS;
### AND (IV) ESTABLISHING DEADLINE FOR FILING OBJECTIONS THERETO

On November 11, 2010, Pearville, L.P., (the "Debtor") and LVH Pearville LLC (together, the "Plan Proponents") filed (and later amended) their Amended Disclosure Statement (the "Disclosure Statement") and Amended Plan of Reorganization (the "Plan"). On November 19, 2010, this Court entered an Order (the "November 19 Order") that (i) directed the Plan Proponents to serve the Disclosure Statement, Plan, and Ballot; and (ii) established certain deadlines and hearing settings including expedited hearings on the Disclosure Statement and confirmation of the Plan. Per the November 19 Order, the deadline to file an objection to the Disclosure Statement was November 29, 2010. On November 30, 2010, this Court convened a hearing to consider final approval of the Disclosure Statement.

The Court having considered the Disclosure Statement and Plan, the fact that no objections have been filed to the Disclosure Statement, the statements of counsel, all other pleadings on file before the Court and finding that the Disclosure Statement contains adequate information that would enable a hypothetical investor to make an informed judgment about the

PAGE 1
289900

Plan as required by 11 U.S.C. § 1125 and that requested relief is justified and in the best interests of the creditors and the Debtor's estate,

**IT IS ORDERED** that the Disclosure Statement is **APPROVED**.

**IT IS FURTHER ORDERED** that any objections to the Disclosure Statement not otherwise withdrawn or resolved by this Order be and hereby are **OVERRULED**.

**IT IS FURTHER ORDERED** that the Plan Proponents shall serve this Order, the Ballot, the Disclosure Statement, and the Plan as amended, no later than **December 1, 2010**.

**IT IS FURTHER ORDERED** that **December 8, 2010**, is fixed as the deadline for ballots to be received for accepting or rejecting the Plan. Ballots shall be returned by the parties authorized to vote under the Plan by U.S. mail, personal delivery, or overnight mail to:

> Ella Goettle
> Spencer Crain Cubbage Healy & McNamara pllc
> 1330 Post Oak Blvd., Suite 1600
> Houston, Texas 77056

**IT IS FURTHER ORDERED** that the hearing to consider confirmation of the Plan (the "Confirmation Hearing"), shall commence on **December 13, 2010, at 3:00 p.m. Central Time,** before the Honorable Karen K. Brown, United States Bankruptcy Judge, 515 Rusk, Courtroom 403, Houston, Texas. The Confirmation Hearing may be adjourned from time to time by oral notice at such hearings without further notice to parties not appearing.

**IT IS FURTHER ORDERED** that all objections, if any, to confirmation of the Plan must be (a) in writing, (b) filed with the United States Bankruptcy Clerk for the Southern District of Texas, Houston Division, **December 9, 2010,** and (c) served upon the following parties by U.S. mail, personal delivery, ECF notification, or overnight mail so that they are actually received **on or before December 9, 2010,** provided that the Plan Proponents may agree to

extend such deadline for filing and serving objections without the need for an order of the Bankruptcy Court approving any such extension:

> Thomas H. Grace
> Spencer Crain Cubbage Healy & McNamara pllc
> 1330 Post Oak Blvd., Suite 1600
> Houston, Texas 77056
>
> Thomas W. Graves
> ADAIR & MYERS P.L.L.C.
> 3120 Southwest Freeway, Suite 320
> Houston, Texas 77098

Signed this 30 day of Nov, 2010

THE HONORABLE KAREN K. BROWN
UNITED STATES BANKRUPTCY COURT JUDGE
FOR THE SOUTHERN DISTRICT OF TEXAS

PAGE 3
289900